# MEMORANDA

OF

## CAUSES NOT REPORTED IN FULL.

SUPREME COURT, APPELLATE TERM. MARCH,
1907.

HUGH B. GREER, Respondent, *v.* THE UNION RAILWAY
COMPANY, Appellant.

Carriers — Carriage of passengers — Liability for personal injuries to
passengers — Actions by passengers for personal injuries — Instruc-
tions — As to damages.

APPEAL by the defendant from a judgment for $301.50,
entered in plaintiff's favor in the Municipal Court of the
city of New York, second district, borough of the Bronx.

William E. Weaver, for appellant.

Headley M. Greene, for respondent.

*Per Curiam:* Defendant appeals from a judgment for
$301.50 in favor of the plaintiff, entered upon the verdict
of a jury. The judgment should be reversed because of
erroneous instructions to the jury contained in the charge
of the learned justice presiding. In explaining the rule
of damages to be applied in the case, the court said: "A
good many jurors do put themselves right in his place and
say: What under the circumstances would I want for
injuries and sufferings of that kind." Proper exception
was then taken to this part of the charge, and the court
thereupon added: "Not what they would take, what they
would want." Exception was also taken to this statement.

This error was doubtless prejudicial. Stantial v. Union R. Co., 52 Misc. Rep. 653; Schmidt v. Interborough R. T. Co., 49 id. 255; Rhodes v. Union R. Co., 52 id. 501.

Present: GILDERSLEEVE, DAVIS and HENDRICK, JJ.

Judgment reversed and new trial ordered, with costs to appellant to abide event.